THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA            05-cr-10087-NG

                                                                 CRIMINAL ACTION

v.                                              Count One: 8 U.S.C.
                                                                 §1326(a) and (b)(2)

**LAUDALINO VENTURA-MONIZ**

                                                                 Illegal Re-entry by
                                                                 Deported Alien

## INDICTMENT

**COUNT ONE**: 8 U.S.C. § 1326 -- Illegal Re-entry of Deported Alien

The Grand Jury charges that:

On or about February 28, 2005, at Fall River, in the District of Massachusetts,

**LAUDALINO VENTURA-MONIZ**

the defendant herein, being an alien and having been excluded, deported and removed from the United States, and whose removal was subsequent to the conviction for the commission of an aggravated felony, to wit, Illegal Re-entry by a Deported Alien who was previously deported on the basis of a conviction for an offense listed at 8 U.S.C. §1101(a)(43)(G), was found in the United States without having received the express consent of

the United States Attorney General prior to March 1, 2003, or the express consent of the Secretary of the Department of Homeland Security since that date, to reapply for admission to the United States.

All in violation of Title 8, United States Code, Section 1326(a)(1) and (b)(2) and Title 6, United States Code, Section 202(3) and (4) and Section 557.

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY


_____
NADINE PELLEGRINI
Assistant United States Attorney


DISTRICT OF MASSACHUSETTS					March 30, 2005

Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk

at 11:46 AM
3/30/05

✎JS 45 (5/97) - (Revised USAO MA 6/29/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:** _____  **Category No.** II  **Investigating Agency** ICE

**City** Fall River  **Related Case Information:** 05-CR-10087-NG

**County** Bristol  Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  Laudalino VENTURA-MONIZ  Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address _____

Birth date (Year only): 1975  SSN (last 4 #): _____  Sex M  Race: W  Nationality: Portugal

Defense Counsel if known: _____  Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA  Nadine Pellegrini  Bar Number if applicable _____

Interpreter:  ☒ Yes  ☐ No  List language and/or dialect:  Portuguese

Matter to be SEALED:  ☐ Yes  ☒ No

☒ Warrant Requested  ☐ Regular Process  ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____.
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

Charging Document:  ☐ Complaint  ☐ Information  ☒ Indictment

Total # of Counts:  ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 3/30/05  Signature of AUSA: /s/ Nadine Pellegrini

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Laudalino VENTURA-MONIZ

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 8 USC 1326(a) | Illegal Re-entry by deported alien | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**