AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

──────── DISTRICT OF ────────

UNITED STATES OF AMERICA

v.

Laudalino Ventura-Moniz

**WARRANT FOR ARREST**

CASE NUMBER: 05-CR-10087-NG

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ____Laudalino Ventura-Moniz____
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)
illegal re-entry by deported alien

*RECEIVED MAR 30 2005 P 2:43 U.S. MARSHAL SERVICE BOSTON, MA*

in violation of
Title ____8____ United States Code, Section(s) __1326(a)__

Name of Issuing Officer

Signature of Issuing Officer

Title of Issuing Officer

MAR 30 2005
Date and Location

HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
United States Courthouse, - Suite 6420
1 Courthouse Way
Boston, MA 02210

Bail fixed at $ _____ by _____
                                  Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 3/31/05 |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.