AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF _Massachusetts_

USA
V
Laudalino Ventura-
Moniz

**APPEARANCE**

Case Number: _____

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

I certify that I am admitted to practice in this court.

_____          _____
Date                                                    Signature

                                                 _____
                                                 Print Name                    Bar Number

                                                 _____
                                                 Address

                                                 _____
                                                 City            State        Zip Code

4/12/05
N. Russo                                         _____
                                                 Phone Number              Fax Number