UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA } | |
| } | CRIMINAL ACTION NO. |
| } | 05-CR-10087-NG |
| V. } | |
| } | |
| LAUDALINO VENTURA-MONIZ } | |
| } | |

DEFENDANT'S MOTION TO CONTINUE INITIAL STATUS CONFERENCE

Now comes the Defendant, Laudalino Ventura-Moniz, in the above-captioned matter, and hereby moves this Honorable Court to continue the initial status conference that is scheduled for May 20, 2005 at 12:00PM.

As reasons therefore, the undersigned counsel is scheduled to be in Worcester Superior Court on a matter (Commonwealth v. Lowell) that was previously re-scheduled due to a judge's conference and Worcester District Court (Commonwealth v. Costello). Counsel respectfully suggests this event be re-scheduled to any afternoon during the week of May 23, 2005.

WHEREFORE, the Defendant prays this Court allow his motion.

Respectfully submitted,
Laudalino Ventura-Moniz,
By his attorney,

/s/ Frank D. Camera
_____

Frank D. Camera, Esq.
B.B.O. #635930
56 North Main Street #321
Fall River, MA 02720
508-677-2878

CERTIFICATE OF SERVICE

I, Frank D. Camera, do hereby certify that I have served a true and accurate copy of the within document to Nadine Pellegrini, AUSA, on this 13th day of May 2005 by electronic filing.

/s/ Frank D. Camera
_____