# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

  v.      CRIMINAL NO. 2005-10087-NG

LAUDALINO VENTURA-MONIZ,
   Defendant.

# REPORT AFTER
# INITIAL STATUS CONFERENCE
# PURSUANT TO LOCAL RULE 116.5(A)

COLLINGS, U.S.M.J.

  An Initial Status Conference was held on May 23, 2005; counsel for the defendant was present.

  The within Report is prepared pursuant to Local Rule 116.5(B). Using the numeration of matters listed in Local Rule 116.5(A), I report as follows:

(1) No.

(2) The Government shall produce full and complete discovery pursuant to Rule 16(a)(1)(G), Fed. R. Crim. P. to counsel for defendant *not less than forty-five (45) working days before trial;* the defendant shall comply with his reciprocal obligations respecting discovery of experts pursuant to Rule 16 (b)(1)(C), Fed.

    R. Crim. P., *not less than twenty-one (21) working days before trial.*

(3) The Government will be providing the name and resume of the fingerprint expert.

(4) No non-discovery type motions will be filed.

(5) *See* Order of Excludable Delay entered this date.

(6) A trial will probably not be necessary; a trial would last three (3) days.

(7) The Final Status Conference is set for *June 23, 2005 at 12 Noon.*

Using the numeration of matters listed in Local Rule 116.5(B), I report as follows:

(1) *See* ¶¶ (1)-(4), *supra*.

(2) It does not.

(3) None.

(4) *See* Order of Excludable Delay entered this date.

(5) Not applicable.

          /s/ Robert B. Collings
          ROBERT B. COLLINGS
          United States Magistrate Judge

May 23, 2005.