# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

     v.                         CRIMINAL NO. 2005-10087-NG

LAUDALINO VENTURA-MONIZ,
       Defendant.

## ORDER OF EXCLUDABLE DELAY

COLLINGS, U.S.M.J.

The Court orders the following period of time excludable from the time period within which trial must commence:

3/30/2005 - Indictment returned.

3/31/2005 - Initial Appearance

3/31 - 5/3/2005 - Government's motion for detention; filing to decision.

4/12/2005 - Arraignment

4/13 - 5/10/2005 - Excluded as per L.R. 112.2(A)(2)

5/13 - 17, 2005 - Filing to ruling on Motion #8.

5/23/2005 - Conference held.

  5/24 - 6/22/2005 -  Continuance granted so that the defendant's counsel can attempt to reach a plea agreement with the United States. I find that the ends of justice served by granting the continuance outweigh the interest of the public and the defendants in a speedy trial.

  Thus, as of June 22, 2005, SEVEN (7) non-excludable days will have occurred leaving SIXTY-THREE (63) days left to commence trial so as to be within the seventy-day period for statute.

            */s/ Robert B. Collings*
            ROBERT B. COLLINGS
            United States Magistrate Judge

May 23, 2005.