# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2005-10087-NG

LAUDALINO VENTURA-MONIZ,
      Defendant.

## FURTHER ORDER OF EXCLUDABLE DELAY

COLLINGS, U.S.M.J.

The Court orders the following period of time excludable from the time period within which trial must commence:

6/23/2005 - Conference held.

Thus, as of June 24, 2005, SEVEN (7) non-excludable days have occurred leaving SIXTY-THREE (63) days left to commence trial so as to be within the seventy-day period for trial set by statute.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

June 24, 2005.