```
         IN THE UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF MASSACHUSETTS
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | No. 05-10444-NG |
| | : | |
| LAUDALINO VENTURA-MONIZ | : | |

**GOVERNMENT'S MOTION REQUESTING A RULE 11 HEARING**

The United States of America, by Michael J. Sullivan, United States Attorney, and Nadine Pellegrini, Assistant United States Attorney for the District of Massachusetts, files this Motion requesting the scheduling of a change of plea hearing in the above-captioned case.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

               By:   /s/Nadine Pellegrini
                     Nadine Pellegrini
                     Assistant U.S. Attorney

<u>CERTIFICATE OF SERVICE</u>

    This is to certify that I have this day served upon the person listed below a copy of the foregoing document by electronic filing:

        Frank Camera, Esq.
        56 North Main Street
        Fall River, MA 02720

This 20th day of January, 2006.

                      <u>/s/Nadine Pellegrini</u>
                      Nadine Pellegrini
                      Assistant U.S. Attorney