UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA } | |
| V. } | CRIMINAL ACTION |
| } | NO. 05-10087 - NG |
| LAUDALINO VENTURA-MONIZ } | |
| DEFENDANT } | |

**<u>DEFENDANT'S EMERGENCY MOTION TO TRANSFER PRISONER</u>**

Now comes the Defendant, Laudalino Ventuira-Moniz, in the above-captioned matter, and hereby moves this Honorable Court to transfer him from the Essex County House of Correction, Middleton, Massachusetts to another federal holding facility as expeditiously as possible

As reason for this request, the Defendant has been held at Middleton since he was detained on this matter. Occurring within approximately the last month, there has been an ongoing problem with the Defendant and members of the so-called "Latin Kings" that are also being held at this facility. The Defendant has been threatened that he will be hurt badly, specifically "shanked" if he stays at this location. On a number of occasions, the Defendant has been cornered by a group of these individuals. Further, given the sheer number of "Latin Kings" in this facility and the apparent influence they have over other inmates, transferring to a another block will do nothing to alleviate Mr. Moniz's anxiety. This information was made available to counsel and Assistant Probation Officer Rivera during the pre-sentence interview that occurred on March 20, 2006. The Defendant is due to be sentenced on May 15, 2006 but due to the time it takes for the Bureau of

Prisons to place prisoners once they are sentenced, the Defendant is asking this Court transfer him now so no harm will occur.

    WHEREFORE, Defendant respectfully requests that this Court allow his motion.

    Respectfully submitted,
    Laudalino Ventura-Moniz,
    By his attorney,

    /s/ Frank D. Camera_____
    Frank D. Camera, Esq.
    B.B.O. #635930
    56 N. Main Street #321
    Fall River, MA 02720
    508-677-2878
    508-677-2876 fax

Date: March 20, 2006

## CERTIFICATE OF SERVICE

I Frank D. Camera hereby certify that I have served a copy of this motion to all parties of record, via electronic filing, on this 20th day of March 2006.

    /s/ Frank D. Camera