UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    }
UNITED STATES OF AMERICA   }
                                    }
V.                                  }                    CRIMINAL ACTION
                                    }                    NO. 05-10087-NG
LAUDALINO VENTURA MONIZ  }
DEFENDANT                      }
_____}

## DEFENDANT'S MOTION TO CONTINUE SENTENCING

Now comes the Defendant, Laudalino Ventura Moniz, by and through his

counsel, Frank D. Camera, hereby requests this Court continue the sentencing that is

currently scheduled for June 8, 2006 for two weeks.

Good cause exists for this extension in that the Defendant is awaiting medical

reports from Dr. Afonso from Corrigan Mental Health Center in Fall River,

Massachusetts.  It was here that the Defendant was arrested on the instant matter.  Based

on reports provided by the Government, Dr. Afonso diagnosed the Defendant as

psychotic.  Accordingly, this information is highly relevant and pertinent to the sentence

this court will impose.

The Government has assented to this motion.

Respectfully Submitted,
Laudalino Ventura Moniz,
By his attorney,


/s/ Frank D. Camera_____
Frank D. Camera
B.B.O. #635930
56 N. Main Street #321
Fall River, MA 02720
508-677-2878
508-677-2876


Dated: May 24, 2006


**CERTIFICATE OF SERVICE**

I, Frank D. Camera, hereby certify that I have delivered a true copy of the within

document to all parties of record by electronic filing on the 24th of may 2006.


/s/ Frank D. Camera_____